UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:20-CR-00030-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEPHON TREVOR ELLIS | ORDER |

Pursuant to Federal Rule of Appellate Procedure 42(a), and by motion of the Defendant, Stephon Trevor Ellis, the Defendant's appeal, filed February 16, 2021, is hereby dismissed.

It is SO ORDERED this **17** day of February, 2021.

JAMES C. DEVER III
United States District Judge