IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-CR-30-D
No. 2:25-CV-37-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| STEPHON TREVOR ELLIS, ) | |
| ) | |
| Defendant. ) | |

The United States SHALL respond to defendant's motion to correct sentence [D.E. 64] not later than January 30, 2026.

SO ORDERED. This 18 day of December, 2025.

                                                    JAMES C. DEVER III
                                                    United States District Judge