UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Criminal No. 2:20-CR-00030-1-D
Civil No. 2:25-CV-00037-1-D

Stephon Trevor Ellis, )
 )
      Petitioner, )
 )
v. ) ORDER
 )
United States of America, )
 )
      Respondent. )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 14 day of January, 2026.

                          JAMES C. DEVER III
                          UNITED STATES DISTRICT JUDGE